FILED 4:21 PM

Michael Smith

Scott Smith

Plaintiffs

Orange County                                              6:12-CV-496-Orl-22DAB

WALT DISNEY PARKS AND RESORTS U.S., INC

Kevin Beary

Defendants

## COMPLAINT

Plaintiff is suing for intention infliction of emotional distress and ongoing damages.
This lawsuit is for violations dating back to year 2000 and current. Plantiffs were witnesess to several members
running a crack house and the Orange county sheriff office was to protect us. Instead they were dealing narcotics
themselves and harassed us to not say anything. The FBI arrested their Captain who was in the division that Plaintifffs were in. plantiff filed 2 lawsuits against Orange County to only have them dismissed for no reason whatsoever. The corruption within Orange County
is great and it has been this way for a long time. It is overwhelming to Planiffs. Even when Senator Bill Nelson contacted
them they refused to talk and when they did they told nothing but lies. It is apparent Federal intervention is needed.
Most recently Plaintiff was unlawfully pulled over on Disney property for what officer said was an unlawful turn.
Such act would not even be legal as Disney is private propery. Nor did Plantiff make an unlawul turn and citation
was dismissed.

Sworn Ndsinged under penalty of perjury 3/30/12

_____

Plaintiffs address:

Michael Smith
8131 Vineland Ave #109
Orlando, FL 32821

SMITHS
ORANGE

FILED
Untitled
2012 MAR 23 PM 12:01

Defendants address:

Orange County
425 N. Orange Avenue
Orlando, FL 32801

Untitled

Motion to proceed in forma pauperis and for Court-Appointed Attorney

Plantiff does not have the funds to file complaint or the ability due to the stress to fight Defendant and therefore asks this Court to appoint an attorney.

Singed under penalty of perjury 3/30/12

