**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MICHAEL SMITH,**

      **Plaintiff,**

**V.**                                                       **Case No:  6:12-cv-496-Orl-22DAB**

**ORANGE COUNTY, WALT DISNEY**
**PARKS AND RESORTS U.S., INC. and**
**KEVIN BEARY,**

      **Defendants.**

## ORDER

This cause is before the Court on the Motion to Proceed In Forma Pauperis and Request for Appointed Counsel (Doc. No. 2) filed on March 30, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 5, 2012 (Doc. No. 3), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion to Proceed In Forma Pauperis and Request for Appointed Counsel is hereby DENIED, and the Complaint is DISMISSED.

3.       No later than May 10, 2012 Plaintiff may file an Amended Complaint, and a complete financial affidavit if he wishes to pursue this action.  Failure to file the Complaint and affidavit as directed shall result in dismissal of this action, without further notice.

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Michael Smith, pro se